Annie Smith, Appellant, *v.* The Trustees of the Village of Clifton Springs, Respondent.

*Negligence — municipal corporations — notice — when notice of injuries received from fall on sidewalk insufficient.*

Smith v. *Trustees of Village of Clifton Springs,* 192 App. Div. 944, affirmed.

(Argued March 22, 1922; decided April 18, 1922.)

Appeal from a judgment, entered May 24, 1920, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while walking upon the sidewalk of one of defendant's streets on December 22, 1915, slipped on an accumulation of ice and fell receiving the injuries complained of. On the 8th day of February, 1916, plaintiff caused to be served upon the clerk of the village of Clifton Springs an unverified notice of claim signed by her and bearing date as of January 31, 1916, and thereafter and on the 4th day of March, 1916, and more than sixty days after the accident in question, the plaintiff caused a second notice, verified, to be served upon the clerk of the village. The Appellate Division held " that no sufficient notice or statement was given of the plaintiff's injury within the time required by the Village Law."

*James O. Sebring* and *F. Allen De Graw* for appellant.
*Willis C. Ellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.